UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORENZO MCMILLIAN &** § | | |
| **LEACHEL MCMILLIAN** § | | |
| § | | **Civil Action** |
| *Plaintiffs* § | | |
| § | | |
| **VERSUS** § | | **No. 2:22-cv-01240** |
| § | | |
| **GEO VERA SPECIALTY** § | | |
| **INSURANCE COMPANY** § | | **Section/Division: E/1** |
| § | | |
| *Defendant* § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS WITHOUT PREJUDICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On motion of Scott M. Emonet, attorney representing the plaintiffs herein, **LORENZO MCMILLIAN & LEACHEL MCMILLIAN** and on suggesting to the Court that plaintiffs, **LORENZO MCMILLIAN & LEACHEL MCMILLIAN**, would like to dismiss their claim against defendant, **GEO VERA SPECIALTY INSURNACE COMPANY**.

**IT IS ORDERED** that the above numbered and entitled suit be and the same is hereby dismissed without prejudice as to the rights of the plaintiffs, **LORENZO MCMILLIAN & LEACHEL MCMILLIAN**, only as it pertains to defendant, **GEO VERA INSURANCE COMPANY**, without prejudice, reserving all rights and actions pertaining to and involving defendant, **GEO VERA INSURANCE COMPANY**, in the same captioned matter.

RESPECTFULLY SUBMITTED:

/s/ Scott M. Emonet
SCOTT M. EMONET
BALFOUR EMONET LAW FIRM
318 St. Charles Street
Baton Rouge, Louisiana 70802
Telephone: (225) 214-4484
Facsimile: (225) 214-4487
Email: Scott@balfouremonetlaw.com

**CERTIFICATE ON NEXT PAGE**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion has this day been forwarded to all known counsel of record by electronic mail.
Baton Rouge, Louisiana this 21st day of September, 2022.

_____
**SCOTT M. EMONET**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORENZO MCMILLIAN & LEACHEL MCMILLIAN | § § § § § § § § § § § § | Civil Action |
| *Plaintiffs* | | |
| VERSUS | | No. 2:22-cv-01240 |
| GEO VERA SPECIALTY INSURANCE COMPANY | | Section/Division: E/1 |
| *Defendant* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the above entitled and captioned matter, including any and all claims by plaintiff, **LORENZO MCMILLIAN & LEACHEL MCMILLIAN**, as against **GEO VERA INSURANCE COMPANY**, be and are hereby dismissed, without prejudice.

**JUDGMENT RENDERED, READ AND SIGNED** at Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE, EASTERN DISTRICT COURT**