UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LORENZO MCMILLIAN & LEACHEL MCMILLIAN, | § § § § | Civil Action |
| *Plaintiffs* | § § | |
| VERSUS | § § | No. 2:22-cv-01240 |
| GEO VERA SPECIALTY INSURANCE COMPANY, | § § § | Section/Division: E/1 |
| *Defendant* | § § | |

******************************************************************
**ORDER**
******************************************************************

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the above entitled and captioned matter, including any and all claims by plaintiff, **LORENZO MCMILLIAN & LEACHEL MCMILLIAN**, as against **GEO VERA INSURANCE COMPANY**, be and are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 22nd day of September, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**